[L. A. No. 2760.   Department Two.—March 2, 1912.]

## SAN PEDRO, LOS ANGELES AND SALT LAKE RAIL-ROAD COMPANY (a Corporation), Respondent, v. JOHN LEE et al., Appellants.

TIDE-LANDS.—SAN PEDRO HARBOR—LEASE BY CITY.—Judgment and order affirmed on the authority of *San Pedro etc. Railway Co.* v. *Hamilton,* 161 Cal. 610, [119 Pac. 1073].

APPEAL from a judgment of the Superior Court of Los Angeles County and from an order denying a new trial.  N. P. Conrey, Judge.

The facts are similar to those stated in the opinion in *San Pedro etc. Railway Co.* v. *Hamilton,* 161 Cal. 610, [119 Pac. 1073].

Dian R. Gardner, for Appellants.

A. S. Halsted, S. M. Johnstone, Minor P. Goodrich, and W. R. Kelly, for Respondent.

THE COURT.—This case is in all essentials identical to the case of *San Pedro etc. Railway Co.* v. *Hamilton,* (No. 2539), 161 Cal. 610, [119 Pac. 1073].  The plaintiff is the same in both cases, the leasehold estate of the plaintiff is the same, and covers the same land.  The defendant's right of possession is the same as that asserted by the Hamiltons, and finally, all of the legal questions involved and discussed are identical with those in the above mentioned case.

The judgment and order appealed from are, therefore, affirmed.